IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

SOPHIA S. COATS,                 )
                                    )
        Plaintiff,             )    TC-MD 160048N
                                      )
       v.                    )
                                    )
WASHINGTON COUNTY ASSESSOR,  )
                                    )
        Defendant.       )    **FINAL DECISION OF DISMISSAL**[1]

This matter came before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was held on April 19, 2016, to discuss Plaintiff's appeal. During that conference, Plaintiff agreed to file a written status report by May 19, 2016. The court issued a Journal Entry on April 20, 2016, reminding the parties of the May 19, 2016, deadline and warning Plaintiff that her appeal might be dismissed if she failed to timely file a status report. Plaintiff did not file a status report or otherwise communicate with the court by the May 19, 2016, deadline. On May 24, 2016, the court issued an Order instructing Plaintiff to file a status report within fourteen days. The Order advised that failure to comply with the deadline set forth therein would result in dismissal of Plaintiff's appeal.

Plaintiff's deadline has passed and the court has not received Plaintiff's status report or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered June 14, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of July 2016.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on July 1, 2016.*